PETER J. LALLY, Appellant, *v.* JONAS A. EMERY, Respondent.

*Lally* v. *Emery*, 79 Hun, 560, affirmed.
(Argued December 17, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered July 14, 1894, which affirmed a judgment in favor of defendant entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Hannibal Smith* for appellant.

*Watson M. Rogers* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., not sitting.